**PD-0563&0564-15**

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

NOS. _____

| | | |
|---|---|---|
| Brandon Scott Coppock | § | In the Texas Court of |
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

On Appeal from the Fifth Court of Appeals
in Cause Nos. 05-13-00907-CR and 05-13-00908-CR

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

## Appellant's Motion to Extend the
## Time for Filing a Petition for Discretionary Review

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On April 20, 2015, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause Nos. 05-13-00907-CR and 05-13-00908-CR styled Brandon Scott Coppock v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is May 20, 2015. Appellant respectfully requests an extension of time until July 20, 2015.

1

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge. Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to July 20, 2015.

Respectfully submitted,

Brandon Scott Coppock, Appellant
# 12010703  North Tower 3 W 07
P.O. Box 660334
Dallas, TX  75266-0334

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207, by depositing same in the United States Mail, Postage Prepaid on _May 5_, 2015.

_____
Brandon Scott Coppock, Appellant